**Motion Granted and Order filed May 15, 2014**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-01038-CV

_____

**PERLINA HERNANDEZ, Appellant**

**V.**

**IDELFONSO TORRES, Appellee**

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2009-20864**

---

**&**

_____

NO. 14-14-00305-CV

_____

**IN RE PERLINA HERNANDEZ, Relator**

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS**

---

# ORDER

On November 12, 2013, Perlina Hernandez filed a notice of appeal from the trial court's order signed October 14, 2013. That appeal was assigned to this court under our appellate case number 14-13-01038-CV. On April 24, 2014, Perlina Hernandez filed a petition for writ of mandamus complaining of the same order. The original proceeding has been assigned our case number 14-14-00305-CV.

On April 30, 2014, Perlina Hernandez moved to consolidate the appeal and original proceeding. The motion is granted and we order the appeal and original proceeding CONSOLIDATED.

The court further ORDERS the real parties in interest in case number 14-14-00305-CV, who are the appellees in appeal number 14-13-01038-CV, to file a response to the petition for writ of mandamus. The response and appellee's brief in the appeal are to be filed within 30 days of the date of this order.

PER CURIAM